IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLNOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| JEROME SIMMONS, as Special Administrator of the Estate of ZAREEF FAWAZ DECEASED. | )<br>)<br>)<br>)<br>)<br>) |
| *Plaintiff*, | ) Case No. : 3:25-cv-01296-NJR<br>) |
| v. | )<br>) |
| SHERIFF JEFF C. CONNER, COUNTY OF MADISON, ILLINOIS, CAPTAIN JODY J. COLLMAN, JOHN DOES, AND ADVANCED CORRECTIONAL HEALTH CARE, | )<br>)<br>)<br>)<br>)<br>) |
| *Defendants.* | |

## PLAINTIFF'S MOTION TO DISMISS WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff **Jerome Simmons,** AS PERSONAL REPRESENTATIVE OF THE ESTATE OF Zareef Fawaz DECEASED hereby gives notice that this action is voluntarily dismissed. No Defendant named in Plaintiff's complaint has served an answer or a motion for summary judgment in this action.

Accordingly, Plaintiff notices voluntary dismissal of this action, without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(B).

## CERTIFICATE OF SERVICE

     **I HEREBY CERTIFY** that on, October 14, 2025, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all counsel of record.

     Respectfully submitted,

/s/ Richard Banks #6200861
Banks & Associates, LLC
1824 Chouteau Avenue
Saint Louis, MO 63103
(314) 7214-4040
Richard@BanksLegalOffice.com

/s/ Benjamin Crump*
Ben Crump Law, PLLC
614 S. Federal Highway
Fort Lauderdale, FL 33301
Pro Hac Vice Pending*

/s/Sue-Ann Robinson*
Ben Crump Law, PLLC
614 S. Federal Highway
Fort Lauderdale, FL 33301
Pro Hoc Vice Pending*

Attorneys for the Plaintiff